UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KIM BRANDY SIMS | ) | Case No. 1:18-cv-01219-LJO-SAB |
| | ) | |
|     Plaintiff | ) | ORDER RE STIPULATION |
| | ) | FOR EXTENSION OF TIME |
| v. | ) | TO FILE OPENING BRIEF |
| | ) | |
| COMM'R OF SOCIAL SECURITY, | ) | (ECF No. 13) |
| | ) | |
|     Defendant | ) | |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff's opening brief shall be filed on or before June 3, 2019;

2. Defendant's responsive pleading shall be filed on or before July 3, 2019; and

3. Plaintiff's reply, if any, shall be filed on or before July 18, 2019.

IT IS SO ORDERED.

Dated: **April 18, 2019**

UNITED STATES MAGISTRATE JUDGE