UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| KIM BRANDY SIMS | ) Case No.: 1:18-cv-01219-LJO-SAB |
|     Plaintiff, | ) |
| | ) ORDER RE STIPULATION FOR |
| vs. | ) EXTENSION OF TIME |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
|     Defendant. | ) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendant shall file a response to Plaintiff's opening brief on or before September 9, 2019; and

2. Plaintiff's reply, if any, shall be filed on or before September 24, 2019.

IT IS SO ORDERED.

Dated: **July 3, 2019**

_____
UNITED STATES MAGISTRATE JUDGE