UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| KIM BRANDY SIMS<br>　　　　Plaintiff,<br>　vs.<br>COMMISSIONER OF SOCIAL SECURITY,<br>　　　　Defendant. | Case No.: 1:18-cv-01219-LJO-SAB<br><br>ORDER RE STIPULATION<br><br>(ECF No. 18) |

　　　Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

　　　1.　　Defendant shall file a response to Plaintiff's opening brief on or before October 9, 2019; and

　　　2.　　Plaintiff's reply, if any, shall be filed on or before October 24, 2019.

IT IS SO ORDERED.

Dated: __**September 6, 2019**__　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE