# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM BRADY SIMS,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:18-cv-01219-LJO-SAB<br><br>ORDER RE STIPULATION FOR VOLUNTARY REMAND PURSUANT TO 42 U.S.C. § 405(g)<br><br>(ECF No. 20) |

On September 7, 2018, Plaintiff filed the present action seeking review of the Commissioner's denial of an application for benefits. (ECF No. 1.) On September 10, 2019, the parties filed a stipulation agreeing to a voluntary remand of this matter pursuant to 42 U.S.C. § 405(g). (ECF No. 20.) Pursuant to the terms of the stipulation, upon remand to the agency, the Appeals Council will remand this case to an Administrative Law Judge (ALJ) with instructions to reevaluate the medical evidence, including, but not limited to, all medical-source opinion evidence, and to properly explain the weight given to the opinion evidence. The ALJ shall also be instructed to reevaluate Plaintiff's symptom complaints, and to further evaluate whether Plaintiff has the residual functional capacity to perform her past relevant work or any other work and, if appropriate, obtain supplemental vocational expert testimony to assist in determining what jobs exist, if any, for Plaintiff given her age, education, vocational factors, and residual

functional capacity. The Appeals Council shall instruct the ALJ to take further action, as warranted, to complete the administrative record and resolve the above issues.

Accordingly, IT IS HEREBY ORDERED that:

1. This action is REMANDED to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand;
2. Judgment is entered in favor of Plaintiff Kim Brady Sims and against Defendant Commissioner of Social Security; and
3. The Clerk of the Court is directed to CLOSE this action.

IT IS SO ORDERED.

Dated: **September 16, 2019**  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE